# United States Court of Appeals
## For the First Circuit

No. 13-1387

UNITED STATES OF AMERICA,

Appellee,

v.

ESTEVENSON ETIENNE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 29, 2014 is amended as follows:

On page 5, line 20, insert a period between "street" and "Mercer".

On page 15, lines 12-13, replace "real-time" with "realtime."

On page 34, line 2, delete "App. at 316 (emphasis added)." and replace with "(Emphasis added.)".